```
___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

     MAR 16 2006

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**RECOMMENDED SENTENCE**
**WRITTEN RECORD OF PLEA AGREEMENT**
**U.S. MAGISTRATE JUDGE MARK E. ASPEY**
**FLAGSTAFF, ARIZONA**

CASE (ma) 06-4065MP

**UNITED STATES OF AMERICA v. JAMES E. CARR**

**MAG./CITATION NO: COUNT 1**: P159171

**DEFENDANT'S ADDRESS**: CRANSTON, RI 02920

**YOB**: 1963   **SSN**: 8159   **LICENSE NO.** 8060894   **STATE**: RI

**VIOLATION PLEADING GUILTY TO**:  36 CFR 4.23 (a) (1) a Class B Misdemeanor.

**DESCRIPTION**: *DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS, First Offense.*

**MAX. FINE**: (36 CFR 1.3(a)) $5,000.00

**MAX. IMPRISONMENT**: (36 CFR 1.3(a)) 6 months

**MAX. PROBATION**: (18 U.S.C. § 3561) 5 Years

**SPECIAL ASSESSMENT**: $10.00

**CVB PROCESSING FEE**: $25.00

**RULE 11 (e) (1) (B), F.R. Crim. P., RECOMMENDED SENTENCE:**

Fine: *$500.00*, Special Assessment, $10.00, CVB Fee: $25.00 = $535.00 TOTAL
Probation: *1 year, unsupervised.*
SPECIAL CONDITIONS, OTHER TERMS:
*Shall complete court ordered substance abuse treatment program. Must provide proof of treatment completion within 90 days.*

*Suspension of driver's license - shall comply with any conditions as determined by the department of motor vehicles in your licensing state.*

**DISPOSITION OF ADDITIONAL CHARGES**:  Dismiss citation : P159172

---

I, JAMES E. CARR, understand that the above sentencing recommendation is not binding upon the Court and if the Court rejects the recommendation and imposes a sentence different from that

recommended, I will not be permitted to withdraw my plea of guilty.

By pleading guilty, I will be giving up my rights to plead not guilty; to confront, cross-examine and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination – all with the assistance of counsel – and to be presumed innocent until proven guilty beyond a reasonable doubt. I waive my right to trial, agree to enter my plea before and to be sentenced by a U.S. Magistrate Judge, and waive any right to appeal or otherwise challenge my conviction. The nature of the charge(s) and the possible penalties have been explained to me, and there is a factual basis for each charge to which I am pleading guilty. I understand that the Court may later modify the terms and conditions of any probation or supervised release ordered as part of my sentence. My guilty plea is not the result of force, threats, or promises other than any promises contained in this written agreement. I am fully capable of understanding this agreement and enter it voluntarily.

_____  3/16/06
JAMES E. CARR             Date
Defendant

_____  3/16/06
JOHN TREBON               Date
Attorney for Defendant

_____  03/16/06
JENNIFER L. SYPHER        Date
Prosecuting Agent

✗ ACCEPTED
  and so ordered

____ REJECTED

_____  3-16-06
MARK E. ASPEY             Date
U. S. Magistrate Judge